Certificate Number: 13858-MD-DE-032549748

Bankruptcy Case Number: 19-10824



13858-MD-DE-032549748

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 3, 2019, at 6:50 o'clock PM EDT, Christine Johnson completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   April 3, 2019                    By:     /s/Karlee Ann Reardon

                                         Name:   Karlee Ann Reardon

                                         Title:  Counselor