Entered: April 24, 2019
Signed:  April 24, 2019

**SO ORDERED**



ROBERT A. GORDON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   19−10824 − RAG    Chapter:   7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Christine M Johnson
aka Christine Davis, aka Christine MacMillan
1263 Crummell Ave
Annapolis, MD 21403−4666

Social Security No.:   xxx−xx−7086

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 1/22/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that George W. Liebmann is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *lalexander*